# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JAMES D. GRAY,**

          Plaintiff,

                                        Case No. 05-C-1084

    -vs-

**THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,**

          Defendant.

## AGREED DISMISSAL ORDER

THIS CAUSE coming to be heard upon the parties' Stipulation of Dismissal, due notice having been given, and the Court being fully advised in the premises;

IT IS ORDERED that this case is dismissed in its entirety with prejudice with each side to bear their own costs and attorneys' fees.

Dated at Milwaukee, Wisconsin, this 26th day of October, 2006.

                                                   **SO ORDERED,**

                                                   **s/ Rudolph T. Randa**
                                                   **HON. RUDOLPH T. RANDA**
                                                   **Chief Judge**